## MYER *v.* FIRST NATIONAL BANK OF RENSSELAER.

[No. 12,320.   Filed June 24, 1925.   Rehearing denied December 15, 1925.]

.From Newton Circuit Court; *Burton B. Berry*, Special Judge.

Action between W. LeRoy Myer and the First National Bank of Rensselaer. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*William Darroch, John A. Dunlap* and *Hume L. Sammons*, for appellant.

*Hanley & Hanley* and *Emory B. Sellers*, for appellee.

PER CURIAM.—This cause was argued orally, and, upon such argument, the counsel for appellant conceded that the controlling question in this case was the sufficiency of the evidence to sustain certain specified special findings, and that if the evidence was sufficient, this cause must be affirmed. The entire evidence has been carefully read; we hold it sufficient to sustain the finding questioned.

Affirmed.